[No. 12605-9-I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ELLIS EUGENE RIGMAIDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02351-1, Shannon Wetherall, J., entered

November 19, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.